# EXHIBIT 9

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 85710584
### Filing Date: 08/22/2012

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85710584 |
| **MARK INFORMATION** | |
| *****MARK** | MATERIA |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | MATERIA |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Materia, Inc. |
| *****STREET** | 60 North San Gabriel Blvd |
| *****CITY** | Pasadena |
| *****STATE** (Required for U.S. applicants) | California |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. applicants only) | 91107 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |

| STATE/COUNTRY OF INCORPORATION | Delaware |
|---|---|
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** ||
| INTERNATIONAL CLASS | 001 |
| \* **IDENTIFICATION** | Synthetic polymers, resins, and adhesives; catalysts for chemical and biochemical processes; catalysts for olefin metathesis reactions; chemicals for industrial purposes; chemicals for use in the manufacture in a wide variety of goods; catalysts for use in chemical, polymer, and pharmaceutical manufacturing; synthetic pheromone chemicals; catalysts for use in the manufacture of synthetic plastics and rubbers; |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/16/2000 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/16/2000 |
| **SPECIMEN FILE NAME(S)** ||
| JPG FILE(S) | \\TICRS\EXPORT16\IMAGEOUT 16\857\105\85710584\xml1\APP0004.JPG |
| ORIGINAL PDF FILE | SPE0-20825590221-193901368_._MATERIA_IC_1.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\857\105\85710584\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | a screenshot of applicant's website showing goods and an image of product label bearing mark |
| INTERNATIONAL CLASS | 017 |
| \* **IDENTIFICATION** | Polymer profiles for use in manufacturing |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/22/2007 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/22/2007 |
| **SPECIMEN FILE NAME(S)** ||
| ORIGINAL | SPE0-20825590221-193901368_._MSDS_EXP-1048A_-_DCPD_Resin.pdf |

| | |
|---|---|
| **PDF FILE** | ──────────────────────────── |
| **CONVERTED PDF FILE(S) (5 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\857\105\85710584\xml1\APP0005.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\857\105\85710584\xml1\APP0006.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\857\105\85710584\xml1\APP0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\857\105\85710584\xml1\APP0008.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\857\105\85710584\xml1\APP0009.JPG |
| **SPECIMEN DESCRIPTION** | a material safety data sheet shipped in package with goods |
| **INTERNATIONAL CLASS** | 017 |
| * **IDENTIFICATION** | Synthetic rubber; pultruded polymeric composite profiles for use in manufacturing; polymeric and syntactic foam for use for use in floatation or insulation |
| **FILING BASIS** | SECTION 1(b) |
| **INTERNATIONAL CLASS** | 040 |
| * **IDENTIFICATION** | Chemical processing and production by treatment of chemical or biochemical substrates with catalysts; manufacture of polymeric and composite components by treatment of resins with catalysts; production of composite or coated or infused materials by treatment of substrates with synthetic resins |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1999 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1999 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-20825590221-193901368_._MATERIA_IC_40.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT16\IMAGEOUT16\857\105\85710584\xml1\APP0010.JPG |
| **SPECIMEN DESCRIPTION** | a screenshot from Applicant's website shoing services |
| **INTERNATIONAL CLASS** | 042 |
| | Scientific research; product development; scientific research, product development, and process development services for others in the fields of |

| * IDENTIFICATION | chemistry, pharmaceuticals, advanced composites, high-performance resins, wind power, automotive, and oil and gas; research in the field of chemical catalysts; technology consultation and research in the field of chemical manufacturing and resin and plastics processing |
|---|---|
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/1999 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/1999 |

| SPECIMEN FILE NAME(S) | |
|---|---|
| ORIGINAL PDF FILE | SPE0-20825590221-193901368_._MATERIA_IC_42.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\857\105\85710584\xml1\APP0011.JPG |
| SPECIMEN DESCRIPTION | a screenshot from Applicant's website showing services |

## ATTORNEY INFORMATION

| NAME | Marlene J. Williams |
|---|---|
| ATTORNEY DOCKET NUMBER | 037599-900200 |
| FIRM NAME | Nixon Peabody LLP |
| STREET | P.O. Box 26769 |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 94126 |
| PHONE | 415-984-8200 |
| FAX | 415-984-8300 |
| EMAIL ADDRESS | sftrademarks@nixonpeabody.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | David May, Janet Garetto, Kristen Walsh |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Marlene J. Williams |
| **FIRM NAME** | Nixon Peabody LLP |
| **STREET** | P.O. Box 26769 |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 94126 |
| **PHONE** | 415-984-8200 |
| **FAX** | 415-984-8300 |
| **EMAIL ADDRESS** | sftrademarks@nixonpeabody.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 4 |
| **FEE PER CLASS** | 325 |
| **\*TOTAL FEE DUE** | 1300 |
| **\*TOTAL FEE PAID** | 1300 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /mjw/ |
| **SIGNATORY'S NAME** | Marlene J. Williams |
| **SIGNATORY'S POSITION** | Attorney for Applicant, California Bar Member |
| **DATE SIGNED** | 08/22/2012 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85710584**
**Filing Date: 08/22/2012**

## To the Commissioner for Trademarks:

**MARK:** MATERIA (Standard Characters, see mark)
The literal element of the mark consists of MATERIA.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Materia, Inc., a corporation of Delaware, having an address of
    60 North San Gabriel Blvd
    Pasadena, California 91107
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 001:  Synthetic polymers, resins, and adhesives; catalysts for chemical and biochemical processes; catalysts for olefin metathesis reactions; chemicals for industrial purposes; chemicals for use in the manufacture in a wide variety of goods; catalysts for use in chemical, polymer, and pharmaceutical manufacturing; synthetic pheromone chemicals; catalysts for use in the manufacture of synthetic plastics and rubbers;

In International Class 001, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/16/2000, and first used in commerce at least as early as 02/16/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) a screenshot of applicant's website showing goods and an image of product label bearing mark.
**JPG file(s):**
Specimen File1
**Original PDF file:**
SPE0-20825590221-193901368_._MATERIA_IC_1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

International Class 017:  Polymer profiles for use in manufacturing

In International Class 017, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/22/2007, and first used in commerce at least as early as 06/22/2007, and is now in use in such commerce. The applicant is submitting one(or more)

specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) a material safety data sheet shipped in package with goods.

**Original PDF file:**
SPE0-20825590221-193901368_._MSDS_EXP-1048A_-_DCPD_Resin.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

International Class 017:  Synthetic rubber; pultruded polymeric composite profiles for use in manufacturing; polymeric and syntactic foam for use for use in floatation or insulation
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 040:  Chemical processing and production by treatment of chemical or biochemical substrates with catalysts; manufacture of polymeric and composite components by treatment of resins with catalysts; production of composite or coated or infused materials by treatment of substrates with synthetic resins

In International Class 040, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1999, and first used in commerce at least as early as 00/00/1999, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) a screenshot from Applicant's website shoing services.

**Original PDF file:**
SPE0-20825590221-193901368_._MATERIA_IC_40.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

International Class 042:  Scientific research; product development; scientific research, product development, and process development services for others in the fields of chemistry, pharmaceuticals, advanced composites, high-performance resins, wind power, automotive, and oil and gas; research in the field of chemical catalysts; technology consultation and research in the field of chemical manufacturing and resin and plastics processing

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1999, and first used in commerce at least as early as 00/00/1999, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) a screenshot from Applicant's website showing services.

**Original PDF file:**
SPE0-20825590221-193901368_._MATERIA_IC_42.pdf
**Converted PDF file(s)** (1 page)

Specimen File1

The applicant's current Attorney Information:
    Marlene J. Williams and David May, Janet Garetto, Kristen Walsh of Nixon Peabody LLP
    P.O. Box 26769
    San Francisco, California 94126
    United States
The attorney docket/reference number is 037599-900200.
 The applicant's current Correspondence Information:
    Marlene J. Williams
    Nixon Peabody LLP
    P.O. Box 26769
    San Francisco, California 94126
    415-984-8200(phone)
    415-984-8300(fax)
    sftrademarks@nixonpeabody.com (authorized)

A fee payment in the amount of $1300 has been submitted with the application, representing payment for 4 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /mjw/  Date: 08/22/2012
Signatory's Name: Marlene J. Williams
Signatory's Position: Attorney for Applicant, California Bar Member
RAM Sale Number: 8339
RAM Accounting Date: 08/23/2012

Serial Number: 85710584
Internet Transmission Date: Wed Aug 22 21:04:42 EDT 2012
TEAS Stamp: USPTO/BAS-208.255.90.221-201208222104427
53122-85710584-490856a749bb3cbd2351c452b
903d1c14-DA-8339-20120822193901368301

MATERIA



# MATERIA
CATALYSTS FOR CHANGE

60 N. San Gabriel Blvd. Pasadena, CA 91107
T (626) 584-8400 F (626) 584-1984 www.materia-inc.com

## MATERIA PRODUCT C716
### *Grubbs Catalyst*
Ruthenium, dichloro(3-methyl-2-butenylidene)
bis(tricyclopentylphosphine)
Lot No.: Amt:
Customer P/N: PO No.:

**THIS PRODUCT ISNOT  LISTED IN THE TSCA INVENTORY, BUT HAS AN LVE EXCEPTION**

MSDS  **MATERIA** CATALYSTS FOR CHANGE  **Page 1 of 5**

## MATERIAL SAFETY DATA SHEET

### SECTION I – SUBSTANCE IDENTITY AND COMPANY CONTACT INFORMATION

| | |
|---|---|
| Common Name / Trade Name (as labeled) | EXP-1048A |
| Chemical Name | Dicyclopentadiene Monomer |
| Product Number | |
| Synonym(s) | None |

| | | | |
|---|---|---|---|
| Manufacturer | Materia, Inc. | Emergency Phone | 1-800-424-9300 (CHEMTREC) |
| Address | 60 North San Gabriel Boulevard | Business Phone | (626) 584-8400 |
| City, State, Zip | Pasadena, CA 91107 | Business Fax | (626) 584-1984 |
| Date Printed | 6/22/2007 | Last Updated | June 24, 2005 |

### SECTION II – COMPOSITION AND DATA ON COMPONENTS

| Chemical Components | CAS# | %w/w | ACGIH TLV ppm | OSHA TWA ppm | OSHA STEL ppm | OSHA IDLH ppm | Other |
|---|---|---|---|---|---|---|---|
| Dicyclopentadiene | 77-73-6 | 75 - 99% | NE | 50 | NE | NE | None |
| Other norbornene monomers | Proprietary | <5% | NE | NE | NE | NE | None |
| Cyclopentadiene | 542-92-7 | <1.5% | NE | 75 | NE | NE | None |
| 1,3-Pentadiene | 504-60-9 | <0.50% | NE | NE | NE | NE | None |
| Isoprene | 78-79-5 | <0.15% | NE | NE | NE | NE | None |
| 4,4-methylene-bis-(2,6-di-tert-butylphenol) | 118-82-1 | 0 - 5% | NE | NE | NE | NE | None |
| Cyclopentadiene Trimer | 7158-25-0 | 2- 25% | NE | NE | NE | NE | None |
| Proprietary Components | Proprietary | <5% | NE | NE | NE | NE | None |

NE = Not Established

### SECTION III – HAZARDS IDENTIFICATION

**Emergency Overview**    Irritating to eyes, respiratory system and skin.

**Health Hazards or Risks from Exposure**
Acute          No acute health risks have been reported
Chronic        No chronic health risks have been reported

**Carcinogenity**
NTP Regulated       [78-79-5] NO Anticipated carcinogen
IARC Regulated      [78-79-5] YES Group 2
OSHA Regulated      NO

**Reproductive Toxicity**
Mutagenicity        No data available
Teratogeniocity     No data available
Reproductive Toxicity   No data available
Where a mutagen is a chemical which causes permanent changes to genetic material (DNA) such that the changes will propagate through generational lines. A teratogen is a chemical which causes damage to a developing fetus, but the damage does not propagate across generational lines. A reproductive toxin is any substance which interferes in any way with the reproductive process

**Signs and Symptoms of Exposure**
No data available

**Medical Conditions Aggravated by Exposure**    Pre-existing skin problems may be aggravated by prolonged contact. In persons with impaired pulmonary function or obstructive airway diseases, inhalation may cause exacerbation of symptoms due to irritant properties.

MSDS  **MATERIA** CATALYSTS FOR CHANGE **Page 2 of 5**

---

## SECTION IV – FIRST AID MEASURES

**Eye Contact** — If chemical is in eyes, open victim's eyes while under gentle running water.  Use sufficient force to open eyelids.  Have victim "roll" eyes.  Minimum flushing is for 15 minutes.

**Skin Contact** — If spilled on skin, begin decontamination with running water, for at least 15 minutes.  Remove exposed or contaminated clothing, taking care not to contaminate eyes.

**Inhalation** — If chemical is inhaled, remove victim to fresh air.  If necessary, use artificial respiration to support vital functions.  Remove or cover gross contamination to avoid exposure to rescuers.

**Ingestion** — If chemical is swallowed, call physician or poison control center for most current information.  If professional advice is not available, do not induce vomiting.  Victim should drink milk, egg whites, or large quantities of water.  Never induce vomiting or give diluents (milk or water) to someone who is unconscious, having convulsions, or who cannot swallow.  Victims of chemical exposure must be taken for medical attention.  Rescuers should be taken for medical attention, if necessary.  Take a copy of the label and MSDS with the victim to the health professional.

---

## SECTION V – FIRE AND EXPLOSION HAZARD DATA

| | | | |
|---|---|---|---|
| **Flammability** | Flammable | **Auto-ignition Temp.** | NE |
| **Flash Point** | 24°C | **Method** | Closed Cup |
| **Flammable Limit, Lower** | 1% | **Flammable Limit, Upper** | 10% |

**Extinguishing Media** — Limited water spray, carbon dioxide, foam, dry chemical, halon, other "B" type

**Special Fire Fighting Procedures** — Incipient fire responders should wear eye protection.  Structural fire fighters must wear Self-Contained Breathing Apparatus and full protective equipment.  Never direct a hose stream directly into a burning flammable/compustible liquid.

**Unusual Fire and/or Explosion Hazards** — Vapors may form explosive mixtures in air under certain conditions.  Volatile vapors are heavier than air and may travel along the ground or may be moved by ventilation and ignited by flame, sparks, heaters or other ignition sources.  Do not flush spill to sewer.  Runoff to sewer may cause a fire or explosion hazard.

**Potential Hazardous Products of Combustion** — No data available

---

## SECTION VI – ACCIDENTAL RELEASE MEASURES

**Spill & Leak Response** — Uncontrolled releases should be responded to by trained personnel using pre-planned procedures.  Eliminate ignition sources.  Ventilate area.  Proper protective equipment should be used.  In case of a spill, clear the affected area, contain the spill, protect people, and respond with trained personnel.  Minimum Personal Protective Equipment should be Level B: triple-gloves (rubber gloves and nitrile gloves, over latex gloves), a chemically resistant suit and boots, hard-hat, and Self-Contained Breathing Apparatus.  Remove as much of the spill as possible.  Use inert material to absorb remainder.  Collect liquid and solid absorbent in closed, labeled container and dispose of in accordance with Federal, State, and local hazardous waste disposal regulations.

---

## SECTION VII – HANDLING AND STORAGE

**Handling Precautions** — Chemicals should be used only by those trained in handling potentially hazardous materials.  Avoid getting chemicals on you or in you.  Wash hands after handling chemicals.  Do not eat or drink while handling chemicals.  Follow specific use instructions supplied with product.

**Storage Precautions** — Store product in properly labeled, closed containers in cool location, away from sources of ignition.  Residual material may exist in "empty" containers of this product, which could ignite and explode if in contact with a source of ignition.  Store this product under an inert atmosphere, such as nitrogen or argon.  Do not cut or puncture container.  Do not weld on or near the container.  Bond or ground all containers while transferring.  Avoid storage in direct sunlight.  Open containers carefully slowly in case excess pressure has developed during storage.  Keep containers closed when not in use.

**Other Precautions** — PROTECTIVE PRACTICES DURING MAINTENANCE OF CONTAMINATED EQUIPMENT:  Follow practices indicated above.  Make certain application equipment is locked and tagged-out safely.  Always use this product in areas where adequate ventilation is provided.  Decontaminate equipment, according to the procedures under the "Accidental Release Measures" section before maintenance begins.  Collect and dispose of according to applicable local, state, or federal procedures.

---

## SECTION VIII – EXPOSURE CONTROLS AND PERSONAL PROTECTION

**Respiratory Protection (specify type)** — If exposure limits are exceeded, wear a respirator approved by NIOSH/MSHA authorized in 29 CFR 1910.134, or applicable State regulations.  Use supplied air respiration protection is oxygen levels are below 19.5%.  Use Self-Contained Breathing Apparatus during release response procedures.

**Ventilation and Engineering Controls** — Always provide effective general and, when necessary, local exhaust ventilation to draw spray, aerosol, fume, mist and vapor away from workers to prevent routine inhalation.  Ventilation systems must be designed in accordance with approved engineering standards using non-sparking, grounded ventilation separate from other exhaust systems.  Ventilation guidelines/techniques may be found in publications such as Industrial Ventilation: American Conference of Governmental Industrial Hygienists, 1330 Kemper Meadow Drive, Cincinnati, OH 45240-1634, USA.

MSDS  **MATERIA** CATALYSTS FOR CHANGE Page 3 of 5

**Personal Protective Equipment**

| | |
|---|---|
| Eye Protection | Splash goggles or safety glasses with side shields recommended. |
| Hand Protection | Compatable protective gloves recommended.  Wash hands after removing gloves. |
| Other Protective Clothing or Equipment | Use body protection appropriate for task.  Coveralls, rubber aprons, or chemical protective clothing made from natural rubber are generally acceptable, depending upon the task. |

## SECTION IX – PHYSICAL and CHEMICAL PROPERTIES

| | | | | | |
|---|---|---|---|---|---|
| Appearance | Liquid | Color | Yellow | Odor | Strong |
| Boiling Point | 42 - 171°C | Melting Point | NE | Critical Temperature | NE |
| Vapor Pressure (mm Hg.) | 66 - 77 | Vapor Density (air=1) | 4.6 | Specific Gravity ($H_2O=1$) | 1.01 |
| Solubility | Insoluble | Volatility | NE | Ionicity | NE |
| pH (1% soln/water) | NE | Density | 8.4lbs/gal | Evaporation Rate | NE |
| Dispersion Properties | NE | | | Molecular Weight | [77-37-6]: 132.2 |
| Molecular Formula | [77-37-6]: $C_{10}H_{12}$ | | | Water/Oil Dist. Coeff. | NE |

## SECTION X – STABILITY AND REACTIVITY

| | |
|---|---|
| Stability | Stable, Air Sensitive |
| Instability Temperature | NE |
| Conditions of Instability | No data available |
| Incompatibility (materials to avoid) | Acids, bases, oxidizers.  Material may decompose slowly when exposed to air. |
| Special Remarks on Corrosivity | No data available |
| Special Remarks on Reactivity | No data available |
| Hazardous Decomposition Byproducts | peroxides, carbon monoxide, carbon dioxide and low molecular weight hydrocarbons. Dicyclopentadiene decomposes to cyclopentadiene at >280 °F (>138 °C) |
| Hazardous Polymerization | Will not occur |
| Conditions to Avoid | Temperatures above 122 °F (50 °C) |

## SECTION XI – TOXICOLOGICAL INFORMATION

**Toxicity to Humans**

| EXPOSURE | ROUTES OF ENTRY | | |
|---|---|---|---|
| | Inhalation | Skin | Ingestion |
| Short Term | Aspiration into the lungs can cause severe pulmonary injury.  Inhaling high vapor concentrations can cause nasal and respiratory tract irritation, dizziness, drowsiness, unconsciousness, headache, weakness and other central nervous system effects. | Mild irritation | No data available |
| Long Term | May cause liver and/or kidney and/or lung disorders. | Repeated or prolonged contact may cause irritation and dermatitis | No data available |

Special Remarks · No data available

**Toxicity to Animals**

| COMPOUND [CAS] | ROUTE | SPECIES | EXPOSURE & DOSE |
|---|---|---|---|
| [77-73-6] | Inhalation | Mouse | LC50 145ppm |
| | Oral | Mouse | LD50 190 mg/Kg |
| | Oral | Rat, adult | LD50 353 mg/Kg |
| | Skin | Rabbit, adult | LD50 5080 mg/Kg |
| [542-92-7] | Oral | Mouse | LD50 800 mg/Kg |
| | Oral | Rat, adult | LD50 200 mg/Kg |
| [504-60-9] | Inhalation | Mouse | LC50 2H 1100 mg/m3 |
| | Inhalation | Rat, adult | LC50 4H 140,000 mg/m3 |
| [78-79-5] | Inhalation | Mouse | LC50 2H 139,000 mg/m3 |
| | Inhalation | Rat, adult | LC50 4H 180,000 mg/m3 |

Special Remarks : Dicyclopentadiene (DCPD):  Inhalation studies indicate that male rats exposed 6 hours/day, 5 days/week for 13 weeks had evidence of functional and morphologic kidney changes at 1, 5.1 and 51 ppm.  Female rats and mice of both sexes were unaffected.  After a three month recovery period, only the 51 ppm group showed some functional impairment although all animals retained some structural changes.  Since female rats and mice of both sexes were unaffected, effects of DCPD on the human kidney are unknown.

MSDS



**MATERIA**
CATALYSTS FOR CHANGE

Page 4 of 5

---

| SECTION XII – ECOLOGICAL INFORMATION |
|---|

**Ecotoxicity** — No data available
**BOD5 and COD** — No data available

**Products of Biodegradation** — No data available
**Toxicity** — No data available
**Special Remarks** — No data available

**Other Ecological Remarks**

Dicyclopentadiene:
96 hour        LC50              Rainbow trout            22.86 – 42.3 mg/L

Bioconcentration factor of 93.2 suggests that bioconcentration in fish and aquatic organisms may occur. Volatilization of dicyclopentadiene to the atmosphere is expected to be a dominant fate process. The estimated half-life for a model river 1 m deep is 3 – 4 hours (1.2 SRC). A calculated soil absorption coefficient Koc value for DCPD of 894 suggests that sorption on sediment and suspended matter may be the important fate process. The estimated half-life for gas phase reaction of DCPD with chemically produced hydroxyl radicals is 3.1 hours.

---

| SECTION XIII – DISPOSAL CONSIDERATIONS |
|---|

**Waste Disposal**       Dispose of waste in a RCRA permitted hazardous waste disposal facility. Flash point below140oF (60oC) – EPA Hazardous Waste No: D001. Federal Resource Conservation and Recovery Act 40CFR261.21.

---

| SECTION XIV – TRANSPORTATION INFORMATION |
|---|

**DOT Classification**

UN1993
Packing Group III
Hazard Classification 3
Proper Shipping Name: Flammable liquid, n.o.s.° (Dicyclopentadiene Monomer)

**Special Provisions for Transport** — Ship under nitrogen blanket
**DOT Labeling Requirements** — Flammable Liquid
**IATA Labeling Requirements** — Flammable Liquid

---

| SECTION XV – REGULATORY INFORMATION |
|---|

**SARA Reporting Requirements**

SARA Title III Section 313
Dicyclopentadiene

SARA Title III Section 312 Hazard Category (40 CFR 311/312)

| | | | |
|---|---|---|---|
| Acute Health: | Yes | Release of Pressure: | No |
| Chronic Health: | Yes | Reactive: | No |
| Fire: | Yes | | |

**Marine Pollutant**       This product contains no component listed as a Marine Pollutant under 49 CFR 172.101, Appendix B.

**TSCA**       All components in this product are either listed on the US Toxic Substances Control Act (TSCA) inventory of chemicals or are otherwise compliant with TSCA regulations.

**California Proposition 65**       WARNING: This product contains a chemical known to the state of California to cause cancer: Isoprene

Chemical identity of some or all components present is confidential business information (trade secret) and is being withheld as permitted by 29CFR1910.1200 (i).

**CERCLA Reportable Quantities (RQ)**       1,3-Pentadiene: 100 lbs, 45.4 Kg
Isoprene: 100 lbs, 45.4 Kg

**Other State Regulatory Information**       No specific state regulations cover this product.

| HMIS | | NFPA | |
|---|---|---|---|
| Health Hazard | 2 | Health | 2 |
| Fire Hazard | 3 | Flammability | 3 |
| Reactivity | 1 | Reactivity | 1 |
| Personal Protection | See Section VIII | Specific Hazard | U |

U=Undetermined

MSDS  **MATERIA** CATALYSTS FOR CHANGE

---

### SECTION XVI – OTHER INFORMATION

All chemicals may pose unknown hazards and should be used with cautions. This Material Safety Data Sheet (MSDS) applies only to the material as packaged. If this product is combined with other materials, deteriorates, or becomes contaminated, it may pose hazards not mentioned in this MSDS. It shall be the user's responsibility to develop proper methods of handling and personal protection based on the actual conditions of use. While this MSDS is based on technical data judged to be reliable, Materia, Inc. assumes no responsibility for the completeness or accuracy of the information contained herein. Users should consider these data only as a supplement to other information gathered by them and must make independent determinations of suitability and completeness of information from all sources to assure proper use and disposal of these materials and the safety and health of employees and customers and protection of the environment

**DEFINITION OF TERMS**
A large number of abbreviations and acronyms appear on an MSDS. Some of these which are commonly used include the following:

**CAS#** (Chemical Abstract Service Number) a number that uniquely identifies each constituent and is used for computer-related searching

**EXPOSURE LIMITS IN AIR:**
**ACGIH** (American Conference of Governmental Industrial Hygienists) a professional association which establishes exposure limits
**TLV** (Threshold Limit Value) an airborne concentration of a substance which represents conditions under which it is generally believed that nearly all workers may be repeatedly exposed without adverse effect. The duration of exposure must be considered, including the 8-hour Time Weighted Average (TWA), the 15-minute Short Term Exposure Limit, and the instantaneous Ceiling Level.
**OSHA** (U.S. Occupational Safety and Health Administration)
**PEL** (Permissible Exposure Limit) an exposure value that means exactly the same as a TLV, except that it is enforceable by OSHA
**IDLH** (Immediately Dangerous to Life and Health) a concentration level from which one can escape within 30-minutes without suffering escape-preventing or permanent injury.
**DFG–MAK** the Republic of Germany's Maximum Exposure Level, similar to the U.S. PEL
**NIOSH** (National Institute of Occupational Safety and Health) the research arm of OSHA which issues REL's
**REL** (Recommended Exposure Levels) exposure guidelines set by NIOSH

**FLAMMABILITY LIMITS IN AIR:**
**NFPA** (National Fire Protection Association) the agency that establishes much of the information related to fire and explosion
**LEL** the lowest percent of vapor in air, by volume, that will explode or ignite in the presence of an ignition source.
**UEL** the highest percent of vapor in air, by volume, that will explode or ignite in the presence of an ignition source.

**TOXICOLOGICAL INFORMATION**
Possible health hazards are derived from human data, animal studies, or from the results of studies with similar compounds are presented.
$LD_{50}$ (Lethal Dose of solids or liquids which kills 50% of the exposed animals)
$LC_{50}$ (Lethal Concentration of gases which kills 50% of the exposed animals)
**PPM** (parts per million) a concentration expression of parts of material per million parts of air or water
$mg/m^3$ a concentration expressed in weight of substance per volume of air
**mg/Kg** a quantity of material, by weight, administered to a test subject, based on their body weight in kg

Data from several sources are used to evaluate the cancer-causing potential of the material. The sources are:
**IARC** (The International Agency for Research on Cancer)
**NTP** (The National Toxicology Program)
**RTECS** (The Registry of Toxic Effects of Chemical Substances)
IARC and NTP rate chemicals on a scale of decreasing potential to cause human cancer with rankings from 1 to 4. Sub-rankings (2A, 2B, etc.) are also used.

**ECOLOGICAL INFORMATION**
**BOD5** the amount of dissolved oxygen consumed in five days by biological processes breaking down organic matter
**COD** (Chemical Oxygen Demand) a measure of the oxygen required to oxidize all compounds, both organic and inorganic, in water

**REGULATORY INFORMATION**
This section explains the impact of various laws and regulations on the material.
**EPA** (U.S. Environmental Protection Agency)
**WHMIS** (Canadian Workplace Hazard Information System)
**DOT** (U.S. Department of Transportation) an agency that, among other things, determines hazard classifications for land, water, and air transport
**CTC** (Canadian Transportation Commission)
**SARA** (Superfund Amendments and Reauthorization Act)
**TSCA** (Toxic Substance Control Act)
**CERCLA** (Comprehensive Environmental Response, Compensation, and Liability Act)





MATERIA



**MATERIA**
CATALYSTS FOR CHANGE

60 N. San Gabriel Blvd. Pasadena, CA 91107
T (626) 584-8400 F (626) 584-1984 www.materia-inc.com

### MATERIA PRODUCT C716
*Grubbs Catalyst*
Ruthenium, dichloro(3-methyl-2-butenylidene)
bis(tricyclopentylphosphine)
Lot No.: Amt:
Customer P/N: PO No.:

**THIS PRODUCT ISNOT  LISTED IN THE TSCA INVENTORY, BUT HAS AN LVE EXCEPTION**

MSDS  **MATERIA** ᴄᴀᴛᴀʟʏꜱᴛꜱ ꜰᴏʀ ᴄʜᴀɴɢᴇ **Page 1 of 5**

## MATERIAL SAFETY DATA SHEET

### SECTION I – SUBSTANCE IDENTITY AND COMPANY CONTACT INFORMATION

| | |
|---|---|
| Common Name / Trade Name (as labeled) | EXP-1048A |
| Chemical Name | Dicyclopentadiene Monomer |
| Product Number | |
| Synonym(s) | None |

| | | | |
|---|---|---|---|
| Manufacturer | Materia, Inc. | Emergency Phone | 1-800-424-9300 (CHEMTREC) |
| Address | 60 North San Gabriel Boulevard | Business Phone | (626) 584-8400 |
| City, State, Zip | Pasadena, CA 91107 | Business Fax | (626) 584-1984 |
| Date Printed | 6/22/2007 | Last Updated | June 24, 2005 |

### SECTION II – COMPOSITION AND DATA ON COMPONENTS

| Chemical Components | CAS# | %w/w | ACGIH TLV ppm | OSHA TWA ppm | OSHA STEL ppm | OSHA IDLH ppm | Other |
|---|---|---|---|---|---|---|---|
| Dicyclopentadiene | 77-73-6 | 75 - 99% | NE | 50 | NE | NE | None |
| Other norbornene monomers | Proprietary | <5% | NE | NE | NE | NE | None |
| Cyclopentadiene | 542-92-7 | <1.5% | NE | 75 | NE | NE | None |
| 1,3-Pentadiene | 504-60-9 | <0.50% | NE | NE | NE | NE | None |
| Isoprene | 78-79-5 | <0.15% | NE | NE | NE | NE | None |
| 4,4-methylene-bis-(2,6-di-tert-butylphenol) | 118-82-1 | 0 - 5% | NE | NE | NE | NE | None |
| Cyclopentadiene Trimer | 7158-25-0 | 2- 25% | NE | NE | NE | NE | None |
| Proprietary Components | Proprietary | <5% | NE | NE | NE | NE | None |

NE = Not Established

### SECTION III – HAZARDS IDENTIFICATION

**Emergency Overview**        Irritating to eyes, respiratory system and skin.

**Health Hazards or Risks from Exposure**
Acute                No acute health risks have been reported
Chronic              No chronic health risks have been reported

**Carcinogenity**
NTP Regulated        [78-79-5] NO Anticipated carcinogen
IARC Regulated       [78-79-5] YES Group 2
OSHA Regulated       NO

**Reproductive Toxicity**
Mutagenicity         No data available
Teratogeniocity      No data available
Reproductive Toxicity    No data available
Where a mutagen is a chemical which causes permanent changes to genetic material (DNA) such that the changes will propagate through generational lines. A teratogen is a chemical which causes damage to a developing fetus, but the damage does not propagate across generational lines. A reproductive toxin is any substance which interferes in any way with the reproductive process.

**Signs and Symptoms of Exposure**
No data available

**Medical Conditions Aggravated by Exposure**      Pre-existing skin problems may be aggravated by prolonged contact. In persons with impaired pulmonary function or obstructive airway diseases, inhalation may cause exacerbation of symptoms due to irritant properties.

MSDS  **MATERIA** CATALYSTS FOR CHANGE

---

### SECTION IV – FIRST AID MEASURES

| | |
|---|---|
| Eye Contact | If chemical is in eyes, open victim's eyes while under gentle running water. Use sufficient force to open eyelids. Have victim "roll" eyes. Minimum flushing is for 15 minutes. |
| Skin Contact | If spilled on skin, begin decontamination with running water, for at least 15 minutes. Remove exposed or contaminated clothing, taking care not to contaminate eyes. |
| Inhalation | If chemical is inhaled, remove victim to fresh air. If necessary, use artificial respiration to support vital functions. Remove or cover gross contamination to avoid exposure to rescuers. |
| Ingestion | If chemical is swallowed, call physician or poison control center for most current information. If professional advice is not available, do not induce vomiting. Victim should drink milk, egg whites, or large quantities of water. Never induce vomiting or give diluents (milk or water) to someone who is unconscious, having convulsions, or who cannot swallow. Victims of chemical exposure must be taken for medical attention. Rescuers should be taken for medical attention, if necessary. Take a copy of the label and MSDS with the victim to the health professional. |

---

### SECTION V – FIRE AND EXPLOSION HAZARD DATA

| | | | |
|---|---|---|---|
| Flammability | Flammable | Auto-ignition Temp. | NE |
| Flash Point | 24°C | Method | Closed Cup |
| Flammable Limit, Lower | 1% | Flammable Limit, Upper | 10% |

| | |
|---|---|
| **Extinguishing Media** | Limited water spray, carbon dioxide, foam, dry chemical, halon, other "B" type |
| **Special Fire Fighting Procedures** | Incipient fire responders should wear eye protection. Structural fire fighters must wear Self-Contained Breathing Apparatus and full protective equipment. Never direct a hose stream directly into a burning flammable/compustible liquid. |
| **Unusual Fire and/or Explosion Hazards** | Vapors may form explosive mixtures in air under certain conditions. Volatile vapors are heavier than air and may travel along the ground or may be moved by ventilation and ignited by flame, sparks, heaters or other ignition sources. Do not flush spill to sewer. Runoff to sewer may cause a fire or explosion hazard. |
| **Potential Hazardous Products of Combustion** | No data available |

---

### SECTION VI – ACCIDENTAL RELEASE MEASURES

| | |
|---|---|
| Spill & Leak Response | Uncontrolled releases should be responded to by trained personnel using pre-planned procedures. Eliminate ignition sources. Ventilate area. Proper protective equipment should be used. In case of a spill, clear the affected area, contain the spill, protect people, and respond with trained personnel. Minimum Personal Protective Equipment should be Level B: triple-gloves (rubber gloves and nitrile gloves, over latex gloves), a chemically resistant suit and boots, hard-hat, and Self-Contained Breathing Apparatus. Remove as much of the spill as possible. Use inert material to absorb remainder. Collect liquid and solid absorbent in closed, labeled container and dispose of in accordance with Federal, State, and local hazardous waste disposal regulations. |

---

### SECTION VII – HANDLING AND STORAGE

| | |
|---|---|
| Handling Precautions | Chemicals should be used only by those trained in handling potentially hazardous materials. Avoid getting chemicals on you or in you. Wash hands after handling chemicals. Do not eat or drink while handling chemicals. Follow specific use instructions supplied with product. |
| Storage Precautions | Store product in properly labeled, closed containers in cool location, away from sources of ignition. Residual material may exist in "empty" containers of this product, which could ignite and explode if in contact with a source of ignition. Store this product under an inert atmosphere, such as nitrogen or argon. Do not cut or puncture container. Do not weld on or near the container. Bond or ground all containers while transferring. Avoid storage in direct sunlight. Open containers carefully slowly in case excess pressure has developed during storage. Keep containers closed when not in use. |
| Other Precautions | PROTECTIVE PRACTICES DURING MAINTENANCE OF CONTAMINATED EQUIPMENT: Follow practices indicated above. Make certain application equipment is locked and tagged-out safely. Always use this product in areas where adequate ventilation is provided. Decontaminate equipment, according to the procedures under the "Accidental Release Measures" section before maintenance begins. Collect and dispose of according to applicable local, state, or federal procedures. |

---

### SECTION VIII – EXPOSURE CONTROLS AND PERSONAL PROTECTION

| | |
|---|---|
| Respiratory Protection (specify type) | If exposure limits are exceeded, wear a respirator approved by NIOSH/MSHA authorized in 29 CFR 1910.134, or applicable State regulations. Use supplied air respiration protection is oxygen levels are below 19.5%. Use Self-Contained Breathing Apparatus during release response procedures. |
| Ventilation and Engineering Controls | Always provide effective general and, when necessary, local exhaust ventilation to draw spray, aerosol, fume, mist and vapor away from workers to prevent routine inhalation. Ventilation systems must be designed in accordance with approved engineering standards using non-sparking, grounded ventilation separate from other exhaust systems. Ventilation guidelines/techniques may be found in publications such as Industrial Ventilation: American Conference of Governmental Industrial Hygiensts, 1330 Kemper Meadow Drive, Cincinnati, OH 45240-1634, USA. |

MSDS  **MATERIA** CATALYSTS FOR CHANGE **Page 3 of 5**

**Personal Protective Equipment**

| | |
|---|---|
| Eye Protection | Splash goggles or safety glasses with side shields recommended. |
| Hand Protection | Compatable protective gloves recommended.  Wash hands after removing gloves. |
| Other Protective Clothing or Equipment | Use body protection appropriate for task.  Coveralls, rubber aprons, or chemical protective clothing made from natural rubber are generally acceptable, depending upon the task. |

### SECTION IX – PHYSICAL and CHEMICAL PROPERTIES

| | | | | | |
|---|---|---|---|---|---|
| Appearance | Liquid | Color | Yellow | Odor | Strong |
| Boiling Point | 42 - 171°C | Melting Point | NE | Critical Temperature | NE |
| Vapor Pressure (mm Hg.) | 66 - 77 | Vapor Density (air=1) | 4.6 | Specific Gravity ($H_2O$=1) | 1.01 |
| Solubility | Insoluble | Volatility | NE | Ionicity | NE |
| pH (1% soln/water) | NE | Density | 8.4lbs/gal | Evaporation Rate | NE |
| Dispersion Properties | NE | | | Molecular Weight | [77-37-6]: 132.2 |
| Molecular Formula | [77-37-6]: $C_{10}H_{12}$ | | | Water/Oil Dist. Coeff. | NE |

### SECTION X – STABILITY AND REACTIVITY

| | |
|---|---|
| Stability | Stable, Air Sensitive |
| Instability Temperature | NE |
| Conditions of Instability | No data available |
| Incompatibility (materials to avoid) | Acids, bases, oxidizers.  Material may decompose slowly when exposed to air. |
| Special Remarks on Corrosivity | No data available |
| Special Remarks on Reactivity | No data available |
| Hazardous Decomposition Byproducts | peroxides, carbon monoxide, carbon dioxide and low molecular weight hydrocarbons. Dicyclopentadiene decomposes to cyclopentadiene at >280 °F (>138 °C) |
| Hazardous Polymerization | Will not occur |
| Conditions to Avoid | Temperatures above 122 °F (50 °C) |

### SECTION XI – TOXICOLOGICAL INFORMATION

**Toxicity to Humans**

| EXPOSURE | ROUTES OF ENTRY | | |
|---|---|---|---|
| | Inhalation | Skin | Ingestion |
| Short Term | Aspiration into the lungs can cause severe pulmonary injury.  Inhaling high vapor concentrations can cause nasal and respiratory tract irritation, dizziness, drowsiness, unconsciousness, headache, weakness and other central nervous system effects. | Mild irritation | No data available |
| Long Term | May cause liver and/or kidney and/or lung disorders. | Repeated or prolonged contact may cause irritation and dermatitis | No data available |

Special Remarks                    No data available

**Toxicity to Animals**

| COMPOUND [CAS] | ROUTE | SPECIES | EXPOSURE & DOSE |
|---|---|---|---|
| [77-73-6] | Inhalation | Mouse | LC50 145ppm |
| | Oral | Mouse | LD50 190 mg/Kg |
| | Oral | Rat, adult | LD50 353 mg/Kg |
| | Skin | Rabbit, adult | LD50 5080 mg/Kg |
| [542-92-7] | Oral | Mouse | LD50 800 mg/Kg |
| | Oral | Rat, adult | LD50 200 mg/Kg |
| [504-60-9] | Inhalation | Mouse | LC50 2H 1100 mg/m3 |
| | Inhalation | Rat, adult | LC50 4H 140,000 mg/m3 |
| [78-79-5] | Inhalation | Mouse | LC50 2H 139,000 mg/m3 |
| | Inhalation | Rat, adult | LC50 4H 180,000 mg/m3 |

Special Remarks       Dicyclopentadiene (DCPD):  Inhalation studies indicate that male rats exposed 6 hours/day, 5 days/week for 13 weeks had evidence of functional and morphologic kidney changes at 1, 5.1 and 51 ppm.  Female rats and mice of both sexes were unaffected.  After a three month recovery period, only the 51 ppm group showed some functional impairment although all animals retained some structural changes.  Since female rats and mice of both sexes were unaffected, effects of DCPD on the human kidney are unknown.

MSDS  **MATERIA** CATALYSTS FOR CHANGE

---

### SECTION XII – ECOLOGICAL INFORMATION

| | |
|---|---|
| Ecotoxicity | No data available |
| BOD5 and COD | No data available |
| | |
| Products of Biodegradation | No data available |
| Toxicity | No data available |
| Special Remarks | No data available |

**Other Ecological Remarks**

Dicyclopentadiene:

| 96 hour | LC50 | Rainbow trout | 22.86 – 42.3 mg/L |
|---|---|---|---|

Bioconcentration factor of 93.2 suggests that bioconcentration in fish and aquatic organisms may occur. Volatilization of dicyclopentadiene to the atmosphere is expected to be a dominant fate process. The estimated half-life for a model river 1 m deep is 3 – 4 hours (1.2 SRC). A calculated soil absorption coefficient Koc value for DCPD of 894 suggests that sorption on sediment and suspended matter may be the important fate process. The estimated half-life for gas phase reaction of DCPD with chemically produced hydroxyl radicals is 3.1 hours.

---

### SECTION XIII – DISPOSAL CONSIDERATIONS

**Waste Disposal**  Dispose of waste in a RCRA permitted hazardous waste disposal facility. Flash point below140oF (60oC) – EPA Hazardous Waste No: D001. Federal Resource Conservation and Recovery Act 40CFR261.21.

---

### SECTION XIV – TRANSPORTATION INFORMATION

**DOT Classification**
UN1993
Packing Group III
Hazard Classification 3
Proper Shipping Name: Flammable liquid, n.o.s.° (Dicyclopentadiene Monomer)

| **Special Provisions for Transport** | Ship under nitrogen blanket |
|---|---|
| **DOT Labeling Requirements** | Flammable Liquid |
| **IATA Labeling Requirements** | Flammable Liquid |

---

### SECTION XV – REGULATORY INFORMATION

**SARA Reporting Requirements**
SARA Title III Section 313
Dicyclopentadiene

SARA Title III Section 312 Hazard Category (40 CFR 311/312)

| Acute Health: | Yes | Release of Pressure: | No |
|---|---|---|---|
| Chronic Health: | Yes | Reactive: | No |
| Fire: | Yes | | |

**Marine Pollutant**  This product contains no component listed as a Marine Pollutant under 49 CFR 172.101, Appendix B.

**TSCA**  All components in this product are either listed on the US Toxic Substances Control Act (TSCA) inventory of chemicals or are otherwise compliant with TSCA regulations.

**California Proposition 65**  WARNING: This product contains a chemical known to the state of California to cause cancer: Isoprene

Chemical identity of some or all components present is confidential business information (trade secret) and is being withheld as permitted by 29CFR1910.1200 (i).

**CERCLA Reportable Quantities (RQ)**  1,3-Pentadiene: 100 lbs, 45.4 Kg
Isoprene: 100 lbs, 45.4 Kg

**Other State Regulatory Information**  No specific state regulations cover this product.

| HMIS | | NFPA | |
|---|---|---|---|
| Health Hazard | 2 | Health | 2 |
| Fire Hazard | 3 | Flammability | 3 |
| Reactivity | 1 | Reactivity | 1 |
| Personal Protection | See Section VIII | Specific Hazard | U |

U=Undetermined

MSDS  **MATERIA** CATALYSTS FOR CHANGE    Page 5 of 5

---

### SECTION XVI – OTHER INFORMATION

All chemicals may pose unknown hazards and should be used with cautions. This Material Safety Data Sheet (MSDS) applies only to the material as packaged. If this product is combined with other materials, deteriorates, or becomes contaminated, it may pose hazards not mentioned in this MSDS. It shall be the user's responsibility to develop proper methods of handling and personal protection based on the actual conditions of use. While this MSDS is based on technical data judged to be reliable, Materia, Inc. assumes no responsibility for the completeness or accuracy of the information contained herein. Users should consider these data only as a supplement to other information gathered by them and must make independent determinations of suitability and completeness of information from all sources to assure proper use and disposal of these materials and the safety and health of employees and customers and protection of the environment

**DEFINITION OF TERMS**
A large number of abbreviations and acronyms appear on an MSDS. Some of these which are commonly used include the following:

**CAS#** (Chemical Abstract Service Number) a number that uniquely identifies each constituent and is used for computer-related searching

**EXPOSURE LIMITS IN AIR:**
**ACGIH** (American Conference of Governmental Industrial Hygienists) a professional association which establishes exposure limits
**TLV** (Threshold Limit Value) an airborne concentration of a substance which represents conditions under which it is generally believed that nearly all workers may be repeatedly exposed without adverse effect. The duration of exposure must be considered, including the 8-hour Time Weighted Average (TWA), the 15-minute Short Term Exposure Limit, and the instantaneous Ceiling Level.
**OSHA** (U.S. Occupational Safety and Health Administration)
**PEL** (Permissible Exposure Limit) an exposure value that means exactly the same as a TLV, except that it is enforceable by OSHA
**IDLH** (Immediately Dangerous to Life and Health) a concentration level from which one can escape within 30-minutes without suffering escape-preventing or permanent injury.
**DFG–MAK** the Republic of Germany's Maximum Exposure Level, similar to the U.S. PEL
**NIOSH** (National Institute of Occupational Safety and Health) the research arm of OSHA which issues REL's
**REL** (Recommended Exposure Levels) exposure guidelines set by NIOSH

**FLAMMABILITY LIMITS IN AIR:**
**NFPA** (National Fire Protection Association) the agency that establishes much of the information related to fire and explosion
**LEL** the lowest percent of vapor in air, by volume, that will explode or ignite in the presence of an ignition source.
**UEL** the highest percent of vapor in air, by volume, that will explode or ignite in the presence of an ignition source.

**TOXICOLOGICAL INFORMATION**
Possible health hazards as derived from human data, animal studies, or from the results of studies with similar compounds are presented.
**LD$_{50}$** (Lethal Dose of solids or liquids which kills 50% of the exposed animals)
**LC$_{50}$** (Lethal Concentration of gases which kills 50% of the exposed animals)
**PPM** (parts per million) a concentration expression of parts of material per million parts of air or water
**mg/m$^3$** a concentration expressed in weight of substance per volume of air
**mg/Kg** a quantity of material, by weight, administered to a test subject, based on their body weight in kg

Data from several sources are used to evaluate the cancer-causing potential of the material. The sources are:
**IARC** (The International Agency for Research on Cancer)
**NTP** (The National Toxicology Program)
**RTECS** (The Registry of Toxic Effects of Chemical Substances)
IARC and NTP rate chemicals on a scale of decreasing potential to cause human cancer with rankings from 1 to 4. Sub-rankings (2A, 2B, etc.) are also used.

**ECOLOGICAL INFORMATION**
**BOD5** the amount of dissolved oxygen consumed in five days by biological processes breaking down organic matter
**COD** (Chemical Oxygen Demand) a measure of the oxygen required to oxidize all compounds, both organic and inorganic, in water

**REGULATORY INFORMATION**
This section explains the impact of various laws and regulations on the material.
**EPA** (U.S. Environmental Protection Agency)
**WHMIS** (Canadian Workplace Hazard Information System)
**DOT** (U.S. Department of Transportation) an agency that, among other things, determines hazard classifications for land, water, and air transport
**CTC** (Canadian Transportation Commission)
**SARA** (Superfund Amendments and Reauthorization Act)
**TSCA** (Toxic Substance Control Act)
**CERCLA** (Comprehensive Environmental Response, Compensation, and Liability Act)



