# EXHIBIT 11



# Stefania Mastrapasqua

| | |
|---|---|
| **Da:** | chiccodin@aol.com |
| **Inviato:** | giovedì 30 luglio 2015 14:24 |
| **A:** | info@weblegal.it |
| **Oggetto:** | Fwd: Materia.com Inquiry |

-----Original Message-----
From: Michael McConville <mmcconville@domainholdings.com>
To: chiccodin <chiccodin@aol.com>
Sent: Thu, Feb 5, 2015 10:09 pm
Subject: Materia.com Inquiry

Hello MIchele;

My name is Mike McConville with the Domain Holdings Group.  I am representing a qualified Buyer who is seeking to determine if your domain, **Materia.com**, might be available for sale.

Would you consider selling this asset?

Can we connect so we can discuss an offer to make this purchase?

Best,

**Mike McConville**
*Premium Domain Broker*
Domain Holdings Group
D: 1-561-303-1206
C: 1-561-267-7616
F:   1-561-892-3744
S: M1k3_McC
QQ: 2902875480



777 East Atlantic Ave, Suite 312
Delray Beach, FL 33483

Visit us at  www.DomainHoldings.com



Over $20 Million in Sales This Year -  View our Q3 Sales Report Here

**Stay informed, sign up for my newsletter TODAY!**

*Exclusive Domains For Sale:*

**Wealth.com |Succeed.com | Genetics.com | VentureCapital.com | Almighty.com | Poetry.com |** *Ask me for complete list...*

1



CONFIDENTIALITY/IMPORTANT INFORMATION
This e-mail message from Domain Holdings Group, Inc. is intended for the individual or entity to which it is addressed This e-mail contains information that is confidential, and may not be shared with any other person unless required by applicable law. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.  If this email includes pricing quotes for the purchase or sale of a domain(s), such quotes do not constitute an offer to sell or to purchase, and this email does not constitute a reservation of the domain(s) for sale or purchase.  The pricing quotes (which are in USD) are intended to indicate the price at which Domain Holdings believes the seller or buyer of the domain(s) may accept.  Unless and until a definitive agreement is agreed upon by buyer and seller, no agreement shall exist for the purchase or sale of such domain(s), and any party may cease negotiating with respect to the purchase or sale of the domain(s) at any time and for any reason or for no reason.

Creato con la versione demo di Universal Document Converter. La versione completa non aggiunge questo indicatore.
WWW.PRINT-DRIVER.IT